1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALEXANDER POYRAS,

11          Petitioner,                    No. 2: 12-cv-0563 JAM KJN P

12     vs.

13   F.X. CHAVEZ,

14          Respondent.            <u>ORDER</u>

15   _____/

16          Petitioner is a state prisoner, proceeding without counsel, with a petition for writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 13, 2012, and July 24, 2012, court

18   orders served on petitioner at his address of record were returned unserved and marked

19   "undeliverable."  On March 13, 2012, and March 20, 2012, court orders addressed to petitioner

20   were also returned unserved.

21          The court record of address for petitioner is the same as petitioner's record of

22   address in the records of the California Department of Corrections and Rehabilitation ("CDCR").

23   Court and CDCR records indicate that petitioner is housed at the Sierra Conservation Center

24   ("SCC").

25          Respondent SCC Warden Chavez is directed to inform the court of the status of

26   petitioner's receipt of mail and offer any explanation regarding the repeated return of unserved

1

1   orders to the court.

2          Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of

3   this order, respondent shall file the further briefing discussed above.

4   DATED:  August 2, 2012

5

6

7                                            KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE
8   poy563.ord

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26