IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER POYRAS,

        Petitioner,                    No. 2: 12-cv-0563 JAM KJN P

    vs.

F.X. CHAVEZ,

        Respondent.             ORDER

_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 13, 2012, and July 24, 2012, court orders served on petitioner at his address of record were returned unserved and marked "undeliverable." On March 13, 2012, and March 20, 2012, court orders addressed to petitioner were also returned unserved.

        The court record of address for petitioner is the same as petitioner's record of address in the records of the California Department of Corrections and Rehabilitation ("CDCR"). Court and CDCR records indicate that petitioner is housed at the Sierra Conservation Center ("SCC").

        Respondent SCC Warden Chavez is directed to inform the court of the status of petitioner's receipt of mail and offer any explanation regarding the repeated return of unserved

1

orders to the court.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, respondent shall file the further briefing discussed above.

DATED: August 2, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

poy563.ord