IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER POYRAS,

        Petitioner,                  No. 2: 12-cv-0563 JAM KJN P

    vs.

F.X. CHAVEZ, et al.,

        Respondents.            <u>ORDER</u>

_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 2, 2012, the court issued an order observing that several recent orders served on petitioner were returned unserved. The court directed respondent to file briefing addressing the status of petitioner's receipt of mail.

        On August 9, 2012, respondent informed the court that petitioner's address of record with the court is a post office box. Respondent informed the court that prison staff explained that inmate mail cannot be sent to a post office box. Respondent provided the court with petitioner's correct mailing address.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to amend court records to reflect petitioner's correct mailing address: Sierra Conservation Center, C001-204L, 5150 O'Byrnes Ferry Road, Jamestown, CA, 95327;

2. The Clerk of the Court is directed to re-serve petitioner with the order filed July 6, 2012 (Dkt. No. 18).

DATED: August 17, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

poy563.add