IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER POYRAS,

      Petitioner,                    No. 2: 12-cv-0563 JAM KJN P

  vs.

F.X. CHAVEZ, et al.,

      Respondent.              <u>ORDER</u>

_____/

      On August 20, 2012, the undersigned ordered petitioner to show cause for his failure to respond to respondent's motion to dismiss filed May 18, 2012. On September 4, 2012, petitioner filed a response to the show cause order. Petitioner suggests that an inmate previously assisting him with this action had respondent's motion to dismiss in his possession when he transferred to another prison. Petitioner alleges that he, himself, does not have respondent's motion to dismiss in his possession.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Within five days of the date of this order, respondent shall re-serve petitioner with the motion to dismiss and file proof of service with the court;

////

////

1

1    2. Petitioner's opposition to respondent's motion is due within thirty days of the
2 date of this order; respondent's reply is due seven days thereafter.
3 DATED: September 11, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

poy563.res